174 A.3d 972

IN THE MATTER OF JOHN J. MURRAY, JR., AN ATTORNEY AT LAW (ATTORNEY NO. 025571997)

D–162 Sept.Term 2016
079538

December 8, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–383, concluding on the record certified to the Board pursuant to Rule 1:20–4(f)(default by respondent) that **JOHN J. MURRAY, JR.**, of **SOUTH AMBOY**, who was admitted to the bar of this State in 1998, should be reprimanded for violating RPC 8.1(b)(failure to cooperate with disciplinary authorities) and RPC 1.15(d)(recordkeeping violations);

And good cause appearing;

It is ORDERED that **JOHN J. MURRAY, JR.**, is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.